## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 23-80105-CR-CANNON

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**YOSBEL ROQUE RUBIER,**

      Defendant.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

    **THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 35].  On April 21, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 32] during which Defendant pled guilty to Counts 1 and 11 of the Indictment [ECF No. 1] pursuant to a plea agreement [ECF No. 33].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 11, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 1].  No objections to the Report have been filed, and the time to do so has expired.

    The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 35] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Yosbel Roque Rubier** as to Counts 1 and 11 of the Indictment is **ACCEPTED**.

CASE NO. 23-80105-CR-CANNON

3. Defendant **Yosbel Roque Rubier** is adjudicated guilty of Counts 1 and 11 of the Indictment.  Count 1 charges Defendant with health care fraud, in violation of 18 U.S.C. §§ 1347 and 2.  Count 11 charges Defendant with aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

**ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of May 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record